398 P.3d 838

WELLS FARGO BANK, N.A. as Trustee for Option One Mortgage Loan Trust 2007-4 Asset-Backed Certificates, Series 2007-4, Plaintiff-Appellant,

v.

Daniel Tsukasa OMIYA, Defendant/Cross-Claimant-Appellee;

and

Association of Apartment Owners of Ilikai Apartment Building, Defendant/Cross-Claim Defendant-Appellee,

and

John Does 1-20; Jane Does 1-20; DOE Partnerships 1-20; DOE Corporations 1-20, and Does Governmental Units 1-20, Defendants

NO. CAAP-13-0000133

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 24, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 10-1-2345)

MEMORANDUM OPINION

Affirm.

398 P.3d 838

ASSOCIATION OF APARTMENT OWNERS OF WAIPOULI BEACH RESORT, THROUGH its BOARD OF DIRECTORS, Plaintiff-Appellant,

v.

UNLIMITED CONSTRUCTION SERVICES, INC.; Unlimited WBR, LLC; Uponor, Inc.; Dorvin Leis Co., Inc.; STO Corp.; Group Builders, Inc., Defendants-Appellees, and Does—1-100, Defendants

NO. CAAP-14-0000930

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 25, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CIVIL NO. 13-

1-0059)

Remanded.

398 P.3d 838

STATE of Hawai'i, Plaintiff-Appellee,

v.

William GERBERDING, Defendant-Appellant.

NO. CAAP-16-0000844

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 16-1-0558)

SUMMARY DISPOSITION ORDER

Dismiss.

398 P.3d 838

Frank O. LOHER, Petitioner-Appellant,

v.

STATE of Hawai'i, Respondent-Appellee

NO. 29818

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (SPECIAL PROCEEDINGS PRISONER NO. 05-1-0067; CRIMINAL NO. 99-1621)

SUMMARY DISPOSITION ORDER

Reversed.